UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE T. SHIPLEY, JR.,<br><br>  Petitioner,<br><br>  v.<br><br>D. HOLBROOK, Warden, CSP-CVSP,<br><br>  Respondent. | Case No. LACV 20-2496-JAK (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

  Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

  Accordingly, IT IS ORDERED THAT:

  1.  The Report and Recommendation is approved and accepted;
  2.  Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

1    3.    The Clerk serve copies of this Order on the parties.

DATED: August 25, 2021

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

2