**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE T. SHIPLEY, JR., | Case No. LACV 20-2496-JAK (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| D. HOLBROOK, Warden, CSP-CVSP, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 25, 2021

/s/ John A. Kronstadt
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE